FILED
2023 JAN -9 AM 10: 43
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

Petition and Request for Hearing

In the Matter of:
Abigail Armstrong, Petitioner,
and
SP Parking Plus and Jaeger Shoemaker, Respondent,

~~In the 53rd District Court~~ OR UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

~~Travis County, Texas~~   1:24CV00025 RP

# Original Petition for Sexual Harassment, Age Discrimination, Gender Discrimination, Conspiracy to Commit Fraud, Intentional Distress, Inequity, Retaliation, and Defamation of Character related to drug and alcohol abuse.

*1. Discovery*

Discovery in this case is intended to be conducted under level 2 of rule 190 of the Texas Rules of Civil Procedure.

*2. Preservation of Evidence:*

Respondent is put on notice to preserve and not destroy, conceal, tamper, or alter any evidence or potential evidence relevant to the issues in this case, including tangible documents or items in Respondent's possession or subject to Respondent's control and electronic documents, files, or other data generated by or stored on Respondent's home computer, work computer, storage media, portable systems, electronic devices, online repositories, or cell phone.

*3. Objection to Assignment of Case to Associate Judge:*

Respondent objects to the assignment of this matter to an associate judge for a trial on the merits or presiding at a jury trial.

*4. Parties*

This request for $100,000.00 is brought by Abigail Armstrong, Petitioner against Respondent, SP Plus, and Jaeger Shoemaker. under Section 16.004 of the Texas Civil Practice and Remedies Code.

*4. Domicile*

Petitioner has been a domiciliary of Texas for the preceding two-month period and is obtaining residency of this county for the preceding ninety-day period.

*5. Service*

Service on Petitioner is necessary at this time.

*6. Protective Order Statement*

No protective order under subchapter A of chapter 7B of the Texas Code of Criminal Procedure, although an order for emergency protection under article 17.292 may undergo service.

*7. Dates of Incident and Incident*

The parties on or about November 2023, asked Ms. Armstrong to work at SP+ Parking, she is a paralegal who needed a part time job to endure a startup law firm in Texas. She works with two attorneys in Texas, but seasonal slowdown caused her to need a part time job. Nevertheless, Jaeger Shoemaker made her wait two and half weeks to start her job. She passed background checks and Urine Analysis promptly. Meanwhile, he brought two men on ahead of her, and continued to expect human perfection whilst drinking alcohol.

He commented to Ms. Armstrong he has a problem with alcohol on her first night at work. He gave Ms. Armstrong a key to their valet box, which holds many luxury vehicle keys and autos in safety. He also gave her a keycard to get in and out of the parking garage. Meanwhile giving her five shifts and acting as though everything is working. However, he had an animosity about her working in the law firm, and Hotel Origin offered her shifts in their diner after she endured everyone saying their restaurant was the worst. Whereas, she was able to try their food, which was okay enough to recommend. Also, to show loyalty she made sure to create a comfortable working relationship.

Keep in mind, Jaeger drinks alcohol, he refused to accept their hotel as an active participant in SP Parking +. Which means, all his intentions were is to execute an unstable working environment, to cause confusion, and failure. At which point, he could drink over his shortcomings. Moreover, he liked Ms. Armstrong. Although, she is working with two male attorneys who are helping in their startup, and she mentioned a former Seattle Seahawk who she is friends with.

As any familiar employer would know, 90 days acclimation is a protocol to moving into another State. She is here from Colorado, where toxicity is too high, and she is in University of Arizona Global Campus, taking a Master in Psychology, and has a very high Grade Point Average (GPA). Moreover, she has a Specialization in Positive Psychology earned through an internet platform partnering University of Pennsylvania, in which she has six certifications. And, her ability to make guests happy is at an extraordinarily high level, as she has programmed well, and helps everyone achieve very high sales, through happiness. Meaning, guests paid more and were more likely to eat at the Hotel Restaurant. Parking remained filled and people went out of their way to tip Ms. Armstrong for going above and beyond an ordinary uneducated persons skills and abilities. Not only that, Ms. Armstrong got along well with staff, and everyone was having fun. Accept for one young man who seemed addicted to drugs.

Nevertheless, Jaeger Shoemaker teamed Ms. Armstrong up with a 19-year-old adolescent who came from California without any intention to educate, and without any education. For the first nights she was working with Bradon, he mentioned wanting to do crack cocaine "so much", he mentioned said craving more than five times, and looked like a drug dealer who was selling drugs in front hotel guests. At one point, Ms. Armstrong commented she thought that might not land as a good idea, and he should focus on something else. In which he just went wild and continued to act like a junkie going through withdraw.

Regardless, as time went Bradon screamed for Ms. Armstrong's key to the cars, and Ms. Armstrong refused to give her key to him. Also, Jaeger gave her a key and told her not to lose her key. So, she opened said valet box for Braden. She was trying to protect the customers cars from wrecks, as he would smoke pot on his shift in front of her, and make some other young college students do so with him. Eventually he would hide to smoke pot. Jaeger liked Braden as he was able to get high and do a very low level job well enough, but Jaeger could not understand Braden's behavior was unprofessional, and she continued to help him modify his behavior.

Now, Ms. Armstrong having over 20 certifications in Security, Working a Master Degree in Psychology, which entails Forensic Psychology and Substance Abuse Counseling, refused to give Braden her key, as Jaeger told her not to lose her key. *He made clear all the men were against me.*

Finally, Braden who had a key, lost his, but screamed for a key, made a demand for Ms. Armstrong's key. At which point Jaeger demanded Ms. Armstrong give Braden the key. At this point men started to gang up on Ms. Armstrong, making her a culprit and do gooder, rather than someone who was protecting customers autos, securing luxury vehicles, and trying to avoid collision. And, staff came to take her key, and accused would take her key, and hide it, trying to get her in trouble. Some saying a "she" gave her key up, when I was following an instruction. And, these men started to comment Ms. Armstrong does not work, and what went from a really good and improved Hotel experience, turned rapidly into a desire to overcome her, and making clear she was not like men. As quickly as their male team could, desired to throw her under the bus.

At which point, Ms. Armstrong phoned Jaeger when she was trying organize a closing list, which Jaeger said Braden could not do, as he was not computer literate. However, Ms. Armstrong asked Rich a front desk agent for help. He helped a little, but she was able to figure out how to pull a closing on her very first night, at which point gossip and conspiracy started, and Rich started to act insanely demanding after she refused to allow his sexual advances at him. Jaeger jumped right on board, and sided the men. However, I am 100% sure when we pull video records for those interactions, everyone will recognized Ms. Armstrong was doing an excellent job.

However, she is strong and tough, she figured out how and did not need Rich's help, but Jaeger called up Rich and started a gossip conspiracy as to portray Ms. Armstrong is not good at her job and Rich continued to go along with the act, making Ms. Armstrong wrong for being smart and certain in her knowing. When she is needed a little help, not Rich to bruise her ability with his inability to release her to continue, and try to possess her with his eating disorder and Jaeger joining him with his substance abusing behavior. Furthermore, these men are turning into bullies who have all try to hit on Ms. Armstrong, and she says, "No…." Rich continued to bully her through a closing, and Jaeger accused Ms. Armstrong for his behavior, rather than letting her know she did well. And, these two men came together to cause torment against her for having an ability to close, which is discrimination against a woman for acting as smart as men.

At which point, men got on board and forced their one girl Anna to go along with it, management came down and tried an attack on Ms. Armstrong's abilities. Not only that, Hotel Origin induced or wanted Ms. Armstrong to work in their restaurant, but quickly switched to conspire and create havoc, as Braden was everyone's new hero. Although, Braden is high on drugs.

Now, crack is what Braden expressed as something he was interested in, and Ms. Armstrong was interested in closing for her shift and protecting keys, not to mention very valuable assets. Please look at what is said, and take logical reasoning into an idiom. These men, were clearly looking to get high and hit women. Jaeger would stop at nothing to get high on alcohol, and attack her character. He also liked to masturbate to her, sexually harassing her.

Listen to this doozy. Ms. Armstrong phones Jaeger about four weeks into working at SP Parking+, and he calls her fucking liar, says everyone is complaining, and everyone was getting along, but a conspiracy has started. All because Jaeger's desire to fail in order to drink about it, started a rabble rousing episode. He screams Ms. Armstrong is a liar at her directly, and says Braden never said he wanted to do crack, he refuses to accept Braden's behavior is unacceptable, and I am not sure whether Braden got written up, or just Ms. Armstrong.

However, the night before Ms. Armstrong talked to Braden and he was still suicidal and commenting he would not mention what he wants to do, as he will keep his desire to do crack to himself. And, rather than accept Braden may need some time to change, which is what I was saying. Jaeger screamed in Ms. Armstrong's ear she is fucking liar. And, the next day he came in and retaliated against her for holding her key, protecting the vehicles, giving exceptional customer service, and trying to give Braden a change. Rather, he gave her reprimand for doing a good job, so he may fire and drink over his losses. After, he copulated to her, and awarded Braden a drug afflicted youth rewards. He sexually and gender specific discriminated against her, he was dishonest about her ability to perform,

he caused controversy and dysfunction. His conspiring to prove he is almighty and perfect, created a conspiracy to create inequity and exclusion, defamation of character, discrimination, and he committed retaliation with an intent to defame Ms. Armstrong's character. Not only that, Ms. Armstrong would like to obtain licensure in Texas to teach and possibly to practice Counseling and Psychology. So, Jaeger Shoemaker's unprofessionalism endangers Ms. Armstrong's ability to pay her student loans back, and/or advance in her ability to assist the courts in Forensics and Personal Injuries, Disabilities, Bankruptcies, Child Custody, and the like.

## 8. *Grounds for Civil Lawsuit*

Pain and suffering, damages, nearing wrongful termination, retaliation, discrimination, and conspiracy to deprive one gender over another. Also, to allow illegal substances to enter a workplace, harass and annoy in order to abuse substance, and false accusations to commit wrongful termination which is detrimental to Ms. Armstrong's working record as she is trying to get a counseling license. Also he wants to induce woman suffrage, and cause concerns related to his own substance abuse problem, and desire to reason for more substances to abuse. Over hiring, and overstaffing to cause wrongful termination. Cutting wages and shifts down to barely livable and not allotting hours promised at 36 hours, but slowly fazing out and hiring more new people. Deceitful hiring practices, with an intent to harm Ms. Armstrong's reputation.

## 9. *Other:*

A polygraph test may help in effort to obtain more information and for investigative purposes. The test would be completed on all witnesses who work at Origin Hotel and who assisted Ms. Armstrong, and on Ms. Armstrong herself in a case seen necessary to do so.
Average cost: $250. Also, all video recordings at Origin Hotel to review her performance and understand how increasing revenue and happiness allotted compared to Braden.

## 10. *Request for Temporary Orders and Injunction*

Respondent requests the Court, after notice and hearing, to dispense with the issuance of a bond, to make temporary orders and issue any appropriate temporary injunctions for the preservation of the property and protection of the parties and for the safety and welfare of the Petitioner from the following:
1. Intentionally communicating with Petitioner in person or in any other manner, including by telephone or another electronic voice transmission, video chat, in writing, or electronic messaging, by use of vulgar, profane, obscene, or indecent language or in a course or offensive manner, with intent to annoy or alarm Petitioner.
2. Threatening Petitioner in person or in any other manner, including by telephone or another electronic voice transmission, video chat, in writing, or electronic messaging, to take unlawful action against any person, intending by this action to annoy or alarm Petitioner.
3. Placing a telephone call, anonymously, at any unreasonable hour, in an offensive and repetitious manner, or without a legitimate purpose of communication with the intent to annoy or alarm Petitioner.
4. Intentionally, knowingly, or recklessly causing bodily injury to Petitioner or to a child of either party.
5. Intentionally falsifying a writing or record, including an electronic record, relating to the property of either party.
6. Disturbing the peace of the Petitioner or of another party.
7. Making disparaging remarks regarding Petitioner in the presence or within the hearing of the Coworkers and Colleagues

*11. Request for Interim Attorney's Fees and Temporary Support*

Petitioner requests the Court, after notice and hearing, for the preservation of the property and protection of the parties, to make temporary orders and issue any appropriate temporary injunctions regarding attorney's fees and support as deemed necessary and equitable, including but not limited to the following:
Petitioner requests that Respondent be ordered to pay reasonable interim attorney's fees and expenses, including but not limited to fees for appraisals, accountants, actuaries, and so forth, as ordered by Petitioner. Respondent is in control of sufficient community assets to pay attorney's fees and anticipated
expenses.

*12. Request for Permanent Injunction*

Petitioner requests the Court, after trial on the merits, to grant the following permanent injunction consistent with those requests for temporary injunctions set out above.

*13. Attorney's Fees, Expenses, Costs, and Interest*

It was ***not*** necessary for Petitioner to secure the services of a licensed attorney but is a Paralegal who had to prepare and prosecute this suit. And, may request an attorney review said paperwork from time to time to make sure everything is marked at permanent. Judgment for attorney's fees, expenses, and costs through trial and appeal should ***not*** be granted against Petitioner and in favor of Petitioner for the use and benefit of Petitioner's attorney and ordered paid directly to Petitioner's attorney, who may enforce the judgment in the attorney's own name.

*14. Cause of Action for Intentional Infliction of Emotional Distress*

Starting on or about November, 2023, in Travis County, Texas, Respondent ***did*** intentionally or recklessly engage in a pattern of extreme and outrageous conduct that caused Petitioner to suffer severe emotional distress. Respondent did make reports to their company, which were only cash advanced upon.

*15. Request for Sanctions*

Sanctions against Respondent for intentional gender and age discrimination, inequity and exclusion.

*16. Request for a Jury Trial*

Pursuant to Family Code Section 105.002, Respondent demands a jury trial.

*17. Prayer*

Petitioner prays that citation and notice issue as required by law and that the Court grant a
Relief sought in amounts reaching $100,000.00 for increased spinal stenosis through forcing a movement, pain and suffering, emotional distress about gender allowance, and all other relief requested in this petition. Possible job loss or the like. Respondent prays that the Court, after notice and hearing, grant a temporary injunction enjoining Respondent, in conformity with the allegations of this petition, from the acts set forth above while this case is pending. Petitioner prays that, on final hearing, the Court enter a permanent injunction enjoining Respondent, in conformity with the allegations of this petition, from the acts set forth above. Petitioner prays that the Court grant the temporary relief pending appeal if the Court's final judgment is appealed, as requested above. Petitioner prays for attorney's fees, expenses, costs, and interest to be paid individually by each party, as requested above. Petitioner prays for general relief.

*Respectfully Submitted,*
Abigail Armstrong, by:

[signature]

Abigail Armstrong, Self-Represented Litigant
1103 Richardine Avenue
Austin, Texas 78721

## Certificate of Service

I certify that on January 9th, 2024, I served a copy of this document on all parties or their counsel, as required by the Texas Rules of Civil Procedure using the e-filing system.

Respondent

*Abigail Armstrong*
1103 Richardine Avenue
Austin, Texas 87821


*Ritu Vig*
SP Plus Corporation
200 East Randolph Street
Suite 7700
Chicago, Il 60601