UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ABIGAIL ARMSTRONG,<br>*Plaintiff* | §<br>§<br>§ | |
| v. | § | No.  1:24-cv-00025-RP |
| | § | |
| SP PLUS PARKING PLUS,<br>JAEGER SHOEMAKER,<br>*Defendants* | §<br>§<br>§ | |

# ORDER

By this Court's order dated February 27, 2024, Dkt. 4, Plaintiff Abigail Armstrong was to have submitted the addresses of Defendants so that the Court could issue a summons. Armstrong was admonished that failure to provide the addresses by March 31, 2024, would result in dismissal of this action. Dkt. 4, at 2.

Armstrong has failed to provide Defendants' addresses by March 31, 2024. Accordingly, Armstrong's cause of action is **DISMISSED WITHOUT PREJUDICE**.

SIGNED April 4, 2024.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE