IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ABIGAIL ARMSTRONG, | § | |
| Plaintiff, | § § § | |
| v. | § | 1:24-CV-25-RP |
| SP PARKING PLUS and JAEGER SHOEMAKER, | § § § § | |
| Defendant. | § § | |

**ORDER**

On May 8, 2024, Plaintiff and Defendants filed a Joint Motion to Dismiss with Prejudice, stating that the parties have resolved their dispute and have agreed to dismiss the claims in this case with prejudice. (Dkt. 9). The Court construes the parties' motion as a joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013).

Accordingly, **IT IS ORDERED** that Plaintiff's Joint Motion to Dismiss with Prejudice (Dkt. 9) is **GRANTED**. As nothing remains to resolve, **IT IS FURTHER ORDERED** that the case is **CLOSED**.

**SIGNED** on May 9, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE